IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HECTOR RAMON DE JESUS, )
Reg. No. 65144-019, )
 )
    Petitioner, )
 )
v. ) CIVIL ACTION NO. 2:19-CV-121-WHA
 )
WALTER WOODS, )
 )
    Respondent. )

# ORDER

This 28 U.S.C. § 2241 petition for writ of habeas corpus is before the court on the June 21, 2019 Recommendation of the Magistrate Judge (Doc. #15). There being no timely objection to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. To the extent the petitioner seeks an immediate award of good time credit under the provisions of the First Step Act of 2018, this claim is dismissed without prejudice as it is premature;

3. With respect to the petitioner's request that the court order his immediate placement on home confinement, this claim is dismissed with prejudice as he is not entitled to such placement;

4. The instant 28 U.S.C. § 2241 petition for habeas corpus relief filed by Hector Ramon de Jesus is DENIED; and

5. This case is DISMISSED.

A separate Final Judgment will be entered.

DONE this 24th day of July, 2019.

                                            /s/ W. Harold Albritton
                                 SENIORUNITED STATES DISTRICT JUDGE